1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXIS HOOPER, and other similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>ANISSA DE LA CRUZ, et al.,<br><br>              Defendants. | Old Case No.: 1:25-cv-0610 JLT EPG<br><br>**New Case No: 1:25-cv-610 JLT HBK**<br><br>ORDER RELATING CASES AND REASSIGNING MAGISTRATE JUDGE |

Pursuant to Local Rule 123, the Court finds that the above-captioned action is related to the following matter: *Wind et al., v. State of California, et al.*, Case No. 1:25-cv-0266 JLT HBK. Both actions concern events at Central California Women's Facility on August 2, 2024. The actions involve overlapping parties, claims, and/or questions of fact or law concerning the use of force and alleged constitutional violations. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and parties. An order relating cases under Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.

///
///
///
///

1

Good cause appearing, the Court **ORDERS** that the above-captioned action be reassigned to U.S. Magistrate Judge Helena M. Barch-Kuchta. The case will remain assigned to U.S. District Judge Jennifer L. Thurston. Going forward, all documents shall bear the new case number: **Case No: 1:25-cv-610 JLT HBK**.

IT IS SO ORDERED.

Dated:   **June 13, 2025**

UNITED STATES DISTRICT JUDGE