ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
JACQUELINE KALLBERG, State Bar No. 298886
Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9060
Fax: (916) 732-7920
E-mail: Jacqueline.Kallberg@doj.ca.gov
Arthur.Mark@doj.ca.gov
*Attorneys for Defendants*
*A. DeLaCruz, M. Felix, E. Becerra, V. Ramolete,*
*C. Mendoza, and I. Arroyo*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ALEXIS HOOPER,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ANISSA DE LA CRUZ, et al.,**<br><br>Defendants. | Case No. 1:25-cv-00610-JLT-HBK<br><br>**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO STAY CASE PENDING ADMINISTRATIVE REVIEW PROCESS OR, ALTERNATIVELY, TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. Helena Barch-Kuchta<br>Trial Date: Not Set<br>Action Filed: May 22, 2025 |

Defendants A. DeLaCruz, M. Felix, E. Becerra, V. Ramolete, C. Mendoza, and I. Arroyo (collectively, "Defendants") submit the following Reply in support of their Motion to Stay this matter.

## INTRODUCTION

Defendants believe a stay would protect the integrity of CDCR's investigation and disciplinary process in this matter and promote the orderly administration of justice. Defendants nonetheless withdraw their request for a stay of this matter since the Court denied Defendants' motion to stay in the related matter of *Wind v. State of California*, No. 1:25-cv-00266 HBK JLT,

which motion was based on substantially similar grounds. However, good cause exists to grant Defendants' request for an extension of time to respond to the operative complaint in this matter.

## ARGUMENT

### I. GOOD CAUSE EXISTS TO GRANT DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE OPERATIVE COMPLAINT

Defendants have requested, in the alternative, an extension of time to respond to the operative complaint until thirty days after the Court rules on the motion to stay in this matter. (ECF No. 14, Defs' Mot.) Because Defendants have withdrawn their request for a stay, Defendants seek a responsive pleading deadline thirty days from the Court's ruling on this motion.

Plaintiff has not opposed this request. (*See generally*, ECF No. 15, Plt.'s Opposition) and good cause exists for such an extension. As outlined in Defendants' moving papers, CDCR's administrative investigatory review and disciplinary process related to the incident underlying this case is not yet complete. (ECF No. 14-1). All discipline has not yet been issued, which means Defendants are unable to properly assess, and take action, on any potential conflict issues. (ECF No. 14-1, at ¶ 3.) Further, the investigation into this matter was lengthy, and involved approximately 1,000 exhibits, including significant stationary video and bodyworn camera footage. (*Id.*) Defendants' counsel will require additional time to review this evidence, once it is made available to them, to prepare a responsive pleading as Defendants cannot properly evaluate and respond to Plaintiff's claims without the documents, video, and other materials currently being held as confidential and not for release. (ECF No. 14-1, at ¶ 5.) As such, good cause exists to grant Defendants' request for an extension of time.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## CONCLUSION

Defendants respectfully request the Court grant Defendants a thirty-day extension of time to respond to the operative complaint from the date the Court rules on the instant motion.

Dated: October 3, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General

*/s/ Jacqueline Kallberg*
JACQUELINE KALLBERG
Deputy Attorney General
*Attorneys for Defendants*
*A. DeLaCruz, M. Felix, E. Becerra, V. Ramolete, C. Mendoza, and I. Arroyo*

SA2025303530
85377676

# CERTIFICATE OF SERVICE

Case Name: **Alexis Hooper v. Anissa De La Cruz, et al.** No. **1:25-cv-00610-JLT-HBK**

I hereby certify that on October 3, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO STAY CASE PENDING ADMINISTRATIVE REVIEW PROCESS OR, ALTERNATIVELY, TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 3, 2025, at San Diego, California.

| | |
|---|---|
| S. Garcia | S. Garcia |
| Declarant | Signature |

SA2025303530
85377906.docx