UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS HOOPER, and the class of similarly situated persons she seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>ANISSA DE LA CRUZ, et al.,,<br><br>Defendant. | Case No. 1:25-cv-00610-JLT-HBK<br><br>ORDER ON DEFENDANTS' MOTIONS<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(Doc. Nos. 14, 17) |

On September 19, 2025, Defendants filed a motion to stay this case pending completion of the California Department of Corrections and Rehabilitation ("CDCR") internal administrative review and disciplinary processes, to which Plaintiffs filed an opposition. (Doc. Nos. 14, 15). On October 3, 2025, Defendant filed a reply incorporating a request to withdraw their motion to stay. (Doc. No. 17 at 1). In the alternative, Defendants seek a further extension of time to respond to the complaint. (*Id*. at 2).

For good cause shown, the Court will grant Defendants an extension of time to respond to the complaint. Fed. R. Civ. P. 6(b). Considering the new responsive date, the Court will further continue the Initiate Scheduling Conference to a date after the responsive period has passed.

Accordingly, it is **ORDERED**:

1. Defendants' motion to stay proceedings (Doc. No. 14) is deemed WITHDRAWN.

2. Defendant's request for extension of time incorporated in their reply (Doc. No. 17) is GRANTED.

3. Defendants shall respond to the complaint **no later than November 24, 2025**.

4. The Court CONTINUES the October 30, 2025 Initial Scheduling Conference to **December 18, 2025 at 3:00 P.M.**

Dated:   October 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2