UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS HOOPER, and the class of similarly situated persons she seeks to represent,<br><br>Plaintiff,<br><br>v.<br><br>ANISSA DE LA CRUZ, et al.,<br><br>Defendants. | Case No.  1:25-cv-00610-JLT-HBK<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME<br><br>(Doc. No.  28) |

Pending before the Court is the Parties' second joint motion to extend the time for Defendants to file a responsive pleading to the Complaint in this action. (Doc. No. 28). The Parties request an extension for the purpose of participating in mediation, currently scheduled for May 12, 2026. (*Id*. at 3). The Court finds good cause to grant Defendants a further extension to the responsive pleading deadline. Fed. R. Civ. P. 6(b).

Accordingly, it is ORDERED:

1. The Parties' joint motion to extend the deadline for Defendants to file a response to Plaintiff's Complaint (Doc. No. 28) is GRANTED.

2. Defendants shall file a response to the Complaint (Doc No. 1) no later than June 2, 2026.

3. The Court VACATES the initial scheduling conference set for January 22, 2026,

and all associated deadlines.

4. Within **fourteen (14) days** of the mediation's conclusion, the Parties shall file a "Joint Post Mediation Status Report" regarding the result of the mediation.

5. The substance of the mediation is confidential, and no party, lawyer, or other participant may record, or without approval of the Court may disclose any event, including any statement confirming or denying a fact—except settlement—that occurs during the mediation.

6. If the Parties reach a settlement at the mediation, a notice of settlement shall promptly be filed with the Court. *See* Local Rule 160(a). Dispositional documents are due no more than twenty-one (21) days from the filing of the notification, absent good cause. *See* Local Rule 160(b).

7. If the case does not settle, the Parties shall include in their Joint Post Mediation Status Report a proposed initial scheduling conference date.

Dated:    December 29, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2