UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS HOOPER, and the class of similarly situated persons she seeks to represent,<br>Plaintiff,<br>v.<br>ANISSA DE LA CRUZ, et al.,<br>Defendants. | Case No. 1:25-cv-00610-JLT-HBK<br>ORDER GRANTING STAY OF ACTION<br>(Doc. 37) |

On July 28, 2026, the parties filed a joint post-mediation report, notice of settlement, and request to stay this action. (Doc. 37). The parties represent that they participated in a full-day mediation before U.S. Magistrate Judge Kendall J. Newman (Ret.) on July 20, 2026, and agreed to the principal terms of a class action settlement, thereby providing notice of class action settlement under Local Rule 160(a). The parties anticipate filing a motion for preliminary approval of the settlement by September 15, 2026, and request a stay so they may execute the class action settlement, submit preliminary and final approval papers, and conduct class action administration pursuant to Rule 23 of the Federal Rules of Civil Procedure.

The court is vested with broad discretion to stay a case. *Clinton v. Jones*, 520 U.S. 681, 705 (1997) (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). In considering whether to grant a stay, courts weigh several factors, including "the possible damage which may

result," "the hardship or inequity which a party may suffer in being required to go forward," and "the orderly course of justice." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). The Court finds that a stay is appropriate to conserve the resources of the parties and the Court as they complete the steps necessary to consummate their settlement. A stay for this purpose will not cause any damage or hardship to any party and will promote the orderly course of justice. Thus, the parties have met their burden to justify a stay of this action.

Accordingly, IT IS ORDERED:

1. The parties' joint motion (Doc. 37) is GRANTED.

2. This action is STAYED, while the parties prepare and execute a class action settlement agreement, submit preliminary and final approval documents to the Court, and conduct class action administration as ordered by the Court.

3. Plaintiffs shall file a motion for preliminary approval of the settlement no later than September 15, 2026, absent further leave of Court.

Dated: July 29, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE