Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com
Attorneys for Plaintiffs
ALEXIS HOOPER and the class of similarly situated persons she seeks to represent

Rob Bonta, State Bar No. 202668
Attorney General of California
Alicia A. Bower, State Bar No. 287799
Supervising Deputy Attorney General
Jacqueline Kallberg, State Bar No. 298886
Deputy Attorney General
Arthur B. Mark III, State Bar No. 220865
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9060
Fax: (916) 732-7920
E-mail: Jacqueline.Kallberg@doj.ca.gov
Arthur.Mark@doj.ca.gov
Attorneys for Defendants
A. DE LA CRUZ, I. ARROYO,
V. RAMOLETE, and E. BECERRA

ANDRADA & ASSOCIATES
J. Randall Andrada, SBN 70000
1939 Harrison Street, Suite 612
Oakland, CA 94612
Telephone: (510) 287-4160
E-Mail: randrada@andradalaw.com
Attorney for Defendant
C. MENDOZA

Justin D. Harris, SBN 199112
HARRIS LAW FIRM, PC
7110 N. Fresno Street, Suite 400
Fresno, CA 93720
Telephone: (559) 272-5700
Facsimile: (559) 554-9989
E-Mail: eservice@harrislawfirm.net
Attorney for Defendant
M. FELIX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXIS HOOPER, et al.,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ANISSA DE LA CRUZ, et al.,**<br><br>Defendants. | Case No. 1:25-cv-00610-JLT-HBK (PC)<br><br>**SECOND STIPULATED MOTION TO CONTINUE FILING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER**<br><br>Judge: Hon. Helena M. Barch-Kuchta |

Plaintiffs Alexis Hooper and the class of similarly situated persons she seeks to represent (collectively, "Plaintiffs"); Defendants A. De La Cruz, I. Arroyo, C. Mendoza, M. Felix, V. Ramolete, and E. Becerra (collectively, "Defendants") submit the following joint request to continue the current October 6, 2026 deadline to file a motion for preliminary approval of class action settlement by fourteen days until October 20, 2026.

WHEREAS, on July 27, 2026, the parties reached agreement on the principal terms of a class action settlement, subject to court approval, which, if granted, would resolve all claims and defenses alleged by all parties to this action;

WHEREAS, on July 28, 2026, the parties informed the Court that Plaintiffs anticipated filing a motion for preliminary approval of the class action settlement by September 15, 2026 (ECF No. 37);

WHEREAS, on July 29, 2026, the Court ordered that "Plaintiffs shall file a motion for preliminary approval of the settlement no later than September 15, 2026, absent further leave of Court," (ECF No. 38);

WHEREAS, the Court previously continued the deadline for filing the motion for preliminary approval until October 6, 2026 (ECF No. 40);

WHEREFORE, the proposed settlement documents are nearly complete, however, the parties agree that the filing date for the motion for preliminary approval of class action settlement should be continued to allow for sufficient time for final review and signature of the proposed settlement documents; and

Now, THEREFORE, the parties stipulate that the filing date for the motion for preliminary approval of class action settlement should be CONTINUED from October 6, 2026 to October 20, 2026.

IT IS SO STIPULATED.

Dated: October 5, 2026

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN
*/s/ Mark E. Merin*
(as authorized on October 5, 2026
By: ______________________________
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiffs
ALEXIS HOOPER and the class of similarly situated persons she seeks to represent

Dated: October 6, 2026

Respectfully Submitted,

*/s/ Arthur B. Mark III*

By: ______________________________
Alicia A. Bower
Jacqueline Kallberg
Arthur B. Mark III

Attorneys for Defendants
A. De La Cruz, I. Arroyo,
V. Ramolete, and E. Becerra

Dated: October 5, 2026

Respectfully Submitted,
ANDRADA & ASSOCIATES

*/s/ J. Randall Andrada*
(as authorized on October 5,2026)
By: ______________________________
J. Randall Andrada

Attorney for Defendant
C. Mendoza

Dated: October 6, 2026

Respectfully Submitted,
HARRIS LAW FIRM, PC

*/s/ Justin D. Harris*
(as authorized on October 6, 2026)
By: ______________________________
Justin D. Harris

Attorney for Defendant
M. Felix

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the parties' stipulated request is GRANTED.

The filing date for the motion for preliminary approval of class action settlement is CONTINUED from October 6, 2026, to October 20, 2026.

IT IS SO ORDERED.

DATED:________________, 2026

_________________________________
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

SA2025303530
45354153

# CERTIFICATE OF SERVICE

Case Name: **Alexis Hooper (WH-1989) v. Anissa De La Cruz, et al.** No. **1:25-cv-00610-JLT-HBK (PC)**

I hereby certify that on October 6, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**SECOND STIPULATED MOTION TO CONTINUE FILING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 6, 2026, at Sacramento, California.

| M. Fowler | ***/s/ M. Fowler*** |
|---|---|
| Declarant | Signature |

SA2025303530
45360689