Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

Attorneys for Plaintiff
ALEXIS HOOPER and the class of similarly situated persons she seeks to represent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

ALEXIS HOOPER and the class of similarly situated persons she seeks to represent,

Plaintiffs,

vs.

ANISSA DE LA CRUZ, ISIDRO ARROYO, C. MENDOZA, MICHAEL FELIX, V. RAMOLETE, BECERRA, and DOE 1 to 60,

Defendants.

Case No. 1:25-cv-00610-JLT-HBK

**PLAINTIFFS' NOTICE OF MOTION; MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

| | |
|---|---|
| Date: | December 4, 2026 |
| Time: | 1:00 p.m. |
| Location: | Robert E. Coyle U.S. Courthouse<br>2500 Tulare Street<br>Fresno, CA 93721 |
| Courtroom: | 2 (8th Floor) |
| Magistrate Judge: | Hon. Helena M. Barch-Kuchta |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 23 and Local Rule 230, on December 4, 2026, at 1:00 p.m., in Courtroom 2 (8th floor) of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, before the U.S. Magistrate Judge Helena M. Barch-Kuchta, Alexis Hooper and the class of similarly situated persons she seeks to represent (collectively, "Plaintiffs") do and will move the Court for an order preliminarily approving the parties' class action settlement agreement, certifying a settlement class, and directing the issuance and delivery of notice and claims forms to potential settlement class members.

The instant motion is supported by this notice and motion, the accompanying memorandum of points and authorities, declarations and exhibits thereto, the pleadings on file with the Court in this action, and any other arguments or evidence which may be submitted in this matter.

Plaintiffs' counsel certifies that meet-and-confer efforts have occurred wherein Defendants' counsel confirmed Defendants do not oppose this motion.

Dated: October 20, 2026

Respectfully Submitted,

By: ______________________________

Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

Attorneys for Plaintiff
ALEXIS HOOPER and the class of similarly situated persons she seeks to represent