UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALEXIS HOOPER, et al.,<br>Plaintiffs,<br>vs.<br>ANISSA DE LA CRUZ, et al.,<br>Defendants. | Case No. 1:25-cv-00610-JLT-HBK<br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

GOOD CAUSE APPEARING, the Court hereby GRANTS Plaintiffs' motion for preliminary approval of class action settlement, and further makes the following specific findings and orders:

1. Settlement Class Certification: The Court finds, subject to a Final Approval Hearing, that the proposed Settlement Class is appropriate for class certification for settlement purposes only, pursuant Federal Rule of Civil Procedure 23. Specifically, the proposed Settlement Class satisfies the requirements of Rule 23(a), including: (a) numerosity; (b) commonality; (c) typicality; and (d) adequacy of representation. Additionally, the proposed Settlement Class satisfies the requirements of Rule 23(b)(3), including: (a) predominance; and (b) superiority. Accordingly, the Court provisionally certifies the Action to proceed as a class action for settlement purposes only pursuant to Federal Rule of Civil Procedure 23(e).

2. Settlement Class Notice & Claim Form: The Court finds, subject to a Final Approval Hearing, that the proposed Class Notice and Claim Form are the best notice that is practicable, pursuant to Federal Rule of Civil Procedure 23(c)(2). The Court further approves the method by which notice is proposed to be given to the Settlement Class. The Class Notice and Claim Form shall be distributed to

the Class pursuant to the notice provisions in the Settlement Agreement. The Court approves the procedure set forth in the Settlement Agreement and reflected in the Class Notice, with which Settlement Class Members must comply in order validly to object to the Settlement or to exclude themselves from the Settlement. Any Settlement Class Member who did not elect to be excluded from the Settlement by submitting a Request to be Excluded by the Objection/Exclusion Deadline may, but need not, submit objections to the proposed Settlement by filing and serving an Objection to the Settlement by the Objection/Exclusion Deadline. Any Settlement Class Member who did not elect to be excluded from the Settlement by the Objection/Exclusion Deadline may, but need not, enter an appearance in this Action through his or her own attorney. Settlement Class Members who do not enter an appearance through their own attorneys will be represented by Class Counsel.

3. Settlement Agreement Reasonableness: The Court finds that the Settlement Agreement is within the range of reasonableness to justify publishing and sending notice of the proposed settlement to potential class members and scheduling a Final Approval Hearing. Specifically: (1) the Settlement Agreement was the product of informed and non-collusive negotiations; (2) the Settlement Agreement has no obvious deficiencies; and (3) the Settlement Agreement falls within the range of possible approval.

4. Class Representative: The Court hereby appoints Alexis Hooper as the Representative Plaintiff of the Class for settlement purposes only, subject to Final Approval.

5. Class Counsel: The Court hereby appoints Mark E. Merin and Paul H. Masuhara to serve as Class Counsel for settlement purposes only, subject to Final Approval.

6. Final Approval Hearing: A Final Approval Hearing is scheduled to be held before this Court on ________________, 2026 [or another date approximately ninety (90) days following the Preliminary Approval], at ____________, in Courtroom 2 (8th floor) of the Robert E. Coyle U.S. Courthouse, 2500 Tulare Street, Fresno, CA 93721, before the Honorable U.S. Magistrate Judge Helena M. Barch-Kuchta, to consider the fairness, reasonableness, and adequacy of the proposed Settlement, the dismissal, with prejudice, of the Action against Defendants. Class Counsel's application for an award of attorneys' fees and costs shall be heard at the time of the Final Approval Hearing. The date, time and location of the Final Approval Hearing shall be set forth in the Class Notice, but the Final Approval

Hearing shall be subject to cancellation or continuation by the Court, including in the event the Court elects to decide the motion for Final Approval without a hearing, without further notice to the Class other than any notice that the Court may issue pursuant to its regular procedures. Notwithstanding anything herein to the contrary, the Court reserves decision on Final Approval of the Settlement pending the Final Approval Hearing, including consideration of any Objections to the Settlement, and also reserves decision on the final Fee and Expense Award, and the incentive payment for the Representative Plaintiff.

7. Objections: Only Settlement Class Members who have filed and served timely Objections shall be entitled to be heard at the Final Approval Hearing. Any Settlement Class Member who does not timely file and serve an Objection to the Settlement shall be deemed to have waived any such objection by appeal, collateral attack, or otherwise. All Settlement Class Members who do not seek to be excluded from the Settlement by submitting a Request for Exclusion by the Objection/Exclusion Deadline are enjoined from proceeding against the Settling Defendants, including their present or former elective and/or appointive boards, agents, servants, employees, consultants, departments, commissioners, attorneys, officials and officers, and all other individuals and entities, whether named or unnamed in the Action, as to the claims asserted in the Action.

8. Stay Pending Final Approval Decision: This Action shall remain stayed pending Final Approval, except for any activities set forth in the Settlement Agreement.

9. Non-Approval: In the event the Settlement is not finally and fully approved through entry of the Order of Dismissal of the Action against Defendants which becomes final as of the Effective Date, and/or if the Settlement is not otherwise fully and finally consummated, pursuant to the terms of the Settlement Agreement, this order granting Preliminary Approval of the Settlement Agreement shall be deemed void *ab initio* and the Parties shall be deemed to have reserved all of their respective rights, legal positions and arguments as of the day before entry of this order granting Preliminary Approval, and the Parties may continue with any litigation, mediation or settlement that they choose.

IT IS SO ORDERED.

Dated:

Helena M. Barch-Kuchta
UNITED STATES MAGISTRATE JUDGE