ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
JACQUELINE KALLBERG, State Bar No. 298886
Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9060
Fax: (916) 732-7920
E-mail: Jacqueline.Kallberg@doj.ca.gov
Arthur.Mark@doj.ca.gov
*Attorneys for Defendants*
*A. De La Cruz, E. Becerra, V. Ramolete, and I. Arroyo*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ALEXIS HOOPER,**<br>Plaintiff,<br>**v.**<br>**ANISSA DE LA CRUZ, et al.,**<br>Defendants. | Case No. 1:25-cv-00610-JLT-HBK (PC)<br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br>Date: December 4, 2026<br>Time: 1:00 p.m.<br>Courtroom: 8<br>Judge: Hon. Helena M. Barch-Kuchta<br>Trial Date: Not Set<br>Action Filed: May 22, 2025 |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants A. De La Cruz, E. Becerra, V. Ramolete, and I. Arroyo do not oppose Plaintiff Alexis Hooper's Motion for Preliminary Approval of Class Action Settlement in this matter (Dkt. No. 44).

Dated: October 30, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ALICIA A. BOWER
Supervising Deputy Attorney General

*/s/ Jacqueline Kallberg*
JACQUELINE KALLBERG
ARTHUR B. MARK III
Deputy Attorneys General
*Attorneys for Defendants*
*A. De La Cruz, E. Becerra,*
*V. Ramolete, and I. Arroyo*

SA2025303530
85980072.docx

# CERTIFICATE OF SERVICE

Case Name: **Alexis Hooper (WH-1989) v. Anissa De La Cruz, et al.** No. **1:25-cv-00610-JLT-HBK (PC)**

I hereby certify that on October 30, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 30, 2026, at Los Angeles, California.

| | |
|---|---|
| S. Figueroa | /s/ S. Figueroa |
| Declarant | Signature |

SA2025303530
68835325.docx